Diane **MILNE** and William J. Milne, as Parents and Natural Guardians of Jeff Milne, a Minor

v.

Lawrence S. **CROSSETT**, M.D., Shriners Hospital for crippled children, Philadelphia Unit.

**Appeal of Lawrence S. CROSSETT.**

Supreme Court of Pennsylvania.

Argued April 29, 1997.

Decided March 30, 1998.

***ORDER***

PER CURIAM.

AND NOW this 30th day of March, 1998, in accordance with this Court's holding in *Morgan v. MacPhail,* 704 A.2d 617 (1997), the Order of the Superior Court dated February 22, 1996 is reversed and this matter is

---

1. Because Nester ultimately prevailed on the motion to suppress, we must accept Nester's testimony as accurate. See *Commonwealth v. James,* 506 Pa. 526, 486 A.2d 376 (1985) (where Commonwealth is appealing the decision of the suppression court, appellate court must consider only the evidence of the defendant's witnesses and so much of the evidence for the prosecution as read in the context of the record as a whole remains uncontradicted).

remanded to the trial court for proceedings consistent with that opinion.

NIGRO, J., files a dissenting statement.

NIGRO, Justice, dissenting.

I dissent for the reasons set forth in my dissenting opinion in *Morgan v. MacPhail,* 704 A.2d 617 (1997).